UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAURA BUCKLEY,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>PINNACLE COMMUNITY SERVICES LIMITED PARTNERSHIP, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-02326-GMN-PAL<br><br>ORDER |

Before the court is the parties' Stipulation and Order to Stay Proceedings Pending Outcome of Mediation and Arbitration (ECF No. 5). Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Stipulation and Order to Stay Proceedings Pending Outcome of Mediation and Arbitration (ECF No. 5) is **GRANTED**.
2. Counsel shall file a joint status report every 60 days beginning December 12, 2016 advising the court of the status of mediation and/or arbitration proceedings.
3. Failure to timely commence and conclude mediation and arbitration proceedings will result in an order to show cause why the stay should not be lifted.

DATED this 12th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE