UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURA BUCKLEY,<br><br>        Plaintiff,<br>v.<br><br>PINNACLE COMMUNITY SERVICES LIMITED PARTNERSHIP, et al.,<br><br>        Defendants. | Case No. 2:16-cv-02326-GMN-PAL<br><br>ORDER |

       This matter is before the court on the parties' Status Report (ECF No. 8).

       On October 12, 2016, the court entered an Order (ECF No. 6) which granted the parties' stipulation to stay proceedings pending the outcome of mediation and arbitration. The order required the parties to file a joint status report every 60 days advising the court of the status of mediation proceedings.

       The first Status Report (ECF No. 7) filed December 8, 2016, advised the court that mediation was conducted December 7, 2016 which did not result in a resolution. The parties advised the court that if they could not settle on their own, they would proceed to arbitration.

       The parties filed their second status report Friday, February 6, 2017 (ECF No. 8) which advised that they "have been discussing potential arbitrators, and are likely to pick either Judge Pro (Ret.) or Judge Wall (Ret.). It has now been 4 months since the court granted the parties' stipulation and an arbitrator has yet to be selected. The order granting the parties' stipulation (ECF No. 6) warned the parties that failure to timely commence and conclude mediation and arbitration proceedings would result in an order to show cause why the stay should not be lifted. Alternate Dispute Resolution is intended to proceed more expeditiously and inexpensively than litigation.

1  Here, 60 days after mediation failed to resolve the parties' disputes they have yet to select an
2  arbitrator, let alone schedule arbitration while the case remains open on this court's docket.
3       **IT IS OREDERED** the parties shall exercise best good-faith efforts to select an arbitrator
4  and schedule arbitration before the next status report.  Failure to timely comply will result in an
5  order to show cause why the stay should not be lifted.
6       DATED this 10th day of February, 2017.

                                                                          _____
                                                                          PEGGY A. LEEN
                                                                          UNITED STATES MAGISTRATE JUDGE