FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAURA BUCKLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PINNACLE COMMUNITY SERVICES LIMITED PARTNERSHIP, a Nevada Limited Partnership; CANTERBURY HOLDINGS LLC, a Texas Limited Liability Company; DIAMONDBACK MANAGEMENT SERVICES, LTD., a Texas Business Entity; SILVERCLOUD HOLDINGS, INC., a Nevada Corporation; GARY BOWERS, an individual; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>　　　　Defendants. | Case No. 2:16-cv-02326-GMN-PAL<br><br>**STATUS REPORT AND ORDER REGARDING FUTURE ARBITRATION STATUS REPORTS** |

　　　The parties hereby submit this status report pursuant to the Court's Order of October 12, 2016 (ECF No. 6).

　　　An arbitration hearing before the Hon. David Wall (Ret.) has been set for December 14-15, 2017. Unless the case resolves earlier, the parties respectfully request that the next status report be due on or before January 19, 2018, after the arbitration

- 1 -

32436263

hearing has concluded.

| KEMP & KEMP | FISHER & PHILLIPS LLP |

By: /s/ James P. Kemp, Esq.
   7435 W. Azure Dr.
   Suite 110
   Las Vegas, Nevada 89130
   Attorneys for Plaintiff

By: /s/ Scott M. Mahoney, Esq.
   300 South Fourth Street
   Suite 1500
   Las Vegas, Nevada 89101
   Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 2, 2017

32436263