FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA BUCKLEY, | Case No. 2:16-cv-02326-GMN-PAL |
| Plaintiff, | |
| v. | **STATUS REPORT AND ORDER REGARDING FUTURE ARBITRATION STATUS REPORTS** |
| PINNACLE COMMUNITY SERVICES LIMITED PARTNERSHIP, a Nevada Limited Partnership; CANTERBURY HOLDINGS LLC, a Texas Limited Liability Company; DIAMONDBACK MANAGEMENT SERVICES, LTD., a Texas Business Entity; SILVERCLOUD HOLDINGS, INC., a Nevada Corporation; GARY BOWERS, an individual; DOES I-X; ROE BUSINESS ENTITIES I-X, | |
| Defendants. | |

The parties hereby submit this status report pursuant to the Court's Order of October 12, 2016 (ECF No. 6).

The parties have been doing written discovery and depositions in the arbitration. Because of the need for further depositions (which have been identified and are being scheduled in February), the parties are in the process of continuing the arbitration hearing to a date likely to be in June 2018. Unless the case resolves earlier, the parties

- 1 -

32436263

respectfully request that the next status report be due on or before July 27, 2018, after the arbitration hearing has presumably concluded.

| KEMP & KEMP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ James P. Kemp, Esq.<br>7435 W. Azure Dr.<br>Suite 110<br>Las Vegas, Nevada 89130<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants |

**IT IS ORDERED** that the parties' request to file the next joint status report on or before July 27, 2018, is **DENIED**. The next joint status report shall be filed on or before **March 19, 2018**.

Dated: January 22, 2018

Peggy A. Leen
United States Magistrate Judge

- 2 -

32436263